UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MING HONG ZHENG,

                         Plaintiff,

v.                                                      No. 1:22-CV-814
                                                            (BKS/DJS)

HALLIBURTON ENGERY SERVICES, INC.,

                         Defendant.
_____

**DANIEL J. STEWART**
**U.S. MAGISTRATE JUDGE**

# ORDER

The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455(a). Accordingly, this case must be assigned to a different Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

**ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated: August 22, 2022
       Albany, New York

                                                      Daniel J. Stewart
                                                      U.S. Magistrate Judge